# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re:<br>MEGAN L. KRACHE<br>    Debtor | : <br> : <br> : <br> : | CHAPTER 7 <br><br> NO. 24-13493AMC |
| MEGAN L. KRACHE,<br>    Plaintiff<br><br>v.<br><br>DEPARTMENT OF THE TREASURY<br>INTERNAL REVENUE SERVICE,<br>    Defendant | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : | <br><br><br><br>ADVERSARY NO.  24-00148AMC |

## STIPULATION OF DISMISSAL

The debtor and the United States of America, Internal Revenue Service ("IRS") by their undersigned attorneys, stipulate to the dismissal of the complaint as to the United States in accordance with the following understanding:

1. The Plaintiff brought the instant adversary complaint to determine the dischargeability of federal income taxes for the 2016 and 2017 tax periods.

2. The Plaintiff and the IRS agree that Plaintiff no longer owes any Federal Taxes for the tax periods of 2016 and 2017 and that the IRS will not pursue collection of any personal assets of the Plaintiff for those tax periods. The IRS will also track the release of any Federal Tax Liens related to those tax periods.

3. The terms of this Stipulation shall take effect upon the entry of the Discharge Order.

Respectfully submitted,

| | |
|---|---|
| /s/ Anthony St. Joseph | *[signature: Daniel P. Mudrick]* |
| Anthony St. Joseph, AUSA | Daniel P. Mudrick, Esq. |
| United States Attorney's Office, EDPA | 325 Sentry Parkway, |
| 615 Chestnut Street, Suite 1250 | Building 5W – Suite 320 |
| Philadelphia, PA 19106 | Blue Bell, PA 19422 |
| *Counsel for the IRS* | *Counsel for the Plaintiff/Debtor* |

Date: February 12, 2025